IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ARONDA NEWMAN                                                                                    PLAINTIFF

vs.                                      Civil No. 1:11-cv-01035

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## ORDER

  Before the Court is the Report and Recommendation filed on July 12, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

  Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $2,625.75. This award represents 13.25 attorney hours in 2011 at $174.00 per hour, 1.05 attorney hours in 2012 at $180.00 per hour, and 1.75 hours of paralegal time at $75.00 per hour. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

  The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

  **IT IS SO ORDERED,** this 3rd day of August, 2012.

                /s/ Susan O. Hickey
                Hon. Susan O. Hickey
                United States District Judge